DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY JOSEPH ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY JOSEPH ORTEGA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:02-cr-5128 OWW <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING <br><br> DATE:  July 12, 2010 <br> TIME:  9:00 A.M. <br> JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 21, 2010, **may be continued to July 12, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation of the sentencing hearing. Defense has ongoing investigation in an attempt to contact certain witnesses and acquire certain documentation and needs the additional time to do so. The request continuance is with the intention of conserving time and resources for both parties and the court.

                                                                                                BENJAMIN B. WAGNER
                                                                                                United States Attorney

DATED: June 15, 2010                        By:    /s/ Dawrence W. Rice, Jr.
                                                                                     DAWRENCE W. RICE JR.
                                                                                     Assistant United States Attorney
                                                                                     Attorney for Plaintiff

Ortega Stipulation and Order

| | |
|---|---|
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 15, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTHONY JOSEPH ORTEGA |

IT IS SO ORDERED.

**Dated:   June 18, 2010**              /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE